Case 1:13-cv-08683-KBF   Document 173   Filed 05/...

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED 05/06/2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Oksana Baiul,

                      Plaintiff,                   13 **CIVIL** 8683 (KBF)

      -against-                               **JUDGMENT**

William Morris Agency, LLC, et al.,
                         Defendants.
-----------------------------------------------------------X

      Whereas the above-captioned action having come before this Court, and the matter having come before the Honorable Katherine B. Forrest, United States District Judge, and the Court, on May 6, 2014, having rendered its Opinion and Order granting Defendants' motions to dismiss the Second Amended Complaint, dismissing the action, and directing the Clerk of Court to close this action, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 6, 2014, Defendants' motions to dismiss the Second Amended Complaint are granted and this action is dismissed, All dates and deadlines, including the initial pretrial conference scheduled for May 9, 2014, are adjourned; accordingly, the case is closed.

**Dated:**  New York, New York
         May 6, 2014

                                                    **RUBY J. KRAJICK**
                                                    _____
                                                       **Clerk of Court**
                             **BY:**      *K. Mango*
                                                       _____
                                                       **Deputy Clerk**